UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-840 CAS (VBKx) | Date | June 12, 2012 |
|---|---|---|---|
| Title | U.S. BANK NATIONAL ASSOCIATION V. STEPHANIE E. JONES | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| Not Present | | Not Present | |

**Proceedings:**   (In Chambers:) ORDER TO SHOW CAUSE FOR LACK OF SUBJECT MATTER JURISDICTION

## I. INTRODUCTION

On March 14, 2012, plaintiff U.S. Bank National Association ("plaintiff") filed an unlawful detainer action in Riverside Superior Court against defendant Stephanie E. Jones. On May 23, 2012, Jones removed the action to this Court on the basis of federal question jurisdiction pursuant to 28 U.S.C. § 1331. Defendant asserts that plaintiff is depriving her of her due process guarantees under the Fourteenth Amendment to the United States Constitution. See Dkt. No. 1.

## II. DISCUSSION

The law is clear that "[u]nlawful detainer actions are strictly within the province of state court." Federal Nat'l Mort. Assoc. v. Suarez, 2011 U.S. Dist. LEXIS 82300, *6 (E.D. Cal. Jul. 27, 2011); Deutsche Bank Nat'l Trust Co. v. Leonardo, 2011 U.S. Dist. LEXIS 83854, *2 (C.D. Cal. Aug. 1, 2011) ("[T]he complaint only asserts a claim for unlawful detainer, a cause of action that is purely a matter of state law."). A defendant's attempt at creating federal subject matter jurisdiction by adding claims or defenses to a notice of removal must fail. McAtee v. Capital One, F.S.B., 479 F.3d 1143, 1145 (9th Cir. 2007).

Here, the only claim asserted by plaintiff is for unlawful detainer. See Dkt. No. 1 at 1-2. Defendant cannot create federal subject matter jurisdiction by adding claims or asserting defenses. McAtee, 479 F.3d at 1145. Accordingly, defendant is hereby

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 12-840 CAS (VBKx) | Date | June 12, 2012 |
|---|---|---|---|
| Title | U.S. BANK NATIONAL ASSOCIATION V. STEPHANIE E. JONES | | |

ORDERED to SHOW CAUSE within **twenty (20) days** why the instant action should not be remanded for lack of subject matter jurisdiction.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |