UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-840 CAS (VBKx) | Date | July 5, 2012 |
|---|---|---|---|
| Title | U.S. BANK NATIONAL ASSOCIATION V. STEPHANIE E. JONES | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| ISABEL MARTINEZ | N/A | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   (In Chambers:) **ORDER REMANDING ACTION TO RIVERSIDE COUNTY SUPERIOR COURT** JS-6

On March 14, 2012, plaintiff U.S. Bank N.A. filed an unlawful detainer action in Riverside County Superior Court against defendant Stephanie E. Jones.  On May 23, 2012, defendant removed the action to this Court on the basis of federal question jurisdiction, asserting that plaintiff is depriving her of her due process guarantees under the Fourteenth Amendment.  Dkt. No. 1.  On June 12, 2012, the Court ordered plaintiff to show cause within twenty (20) days why the instant action should not be remanded for lack of subject matter jurisdiction, and admonished plaintiff that failure to do so could result in the dismissal of the case with prejudice.  Dkt. No. 6.  As of the date of this order, plaintiff has yet to respond to the order to show cause.  Accordingly, the case is hereby REMANDED to the Riverside County Superior Court.

IT IS SO ORDERED.

|  |  | 00 | : | 00 |
|---|---|---|---|---|
|  | Initials of Preparer | IM | | |